# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AV2,<br><br>      *Plaintiff,*<br><br>v.<br><br>DENIS RICHARD MCDONOUGH<br>Secretary of Veterans Affairs<br><br>MONIQUE SMART<br>Staff Attorney, Department of Veterans Affairs<br><br>LLOYD J. Austin, III<br>Secretary of Defense<br><br>UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES<br><br>ARMY COURT OF CRIMINAL APPEALS<br><br>JOHN HARPER COOK<br>Colonel, U.S. Army<br>(In his Capacity as a Military Judge)<br><br>CLINTON M. MURRAY<br>Master Sergeant, U.S. Army<br>(As Indispensable Party),<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 22-369 |

**PAPPERT, J.**                                                                             April 20, 2022

## ORDER

      **AND NOW**, this 20th day of April 2022, upon consideration of Defendants' Motion to Dismiss (ECF 11) and Plaintiff's Response (ECF 17), and after holding oral argument (ECF 18), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**. AV2's claims are **DISMISSED** with prejudice.

2. AV2's Motions for Temporary Restraining Order (ECF 7) and Preliminary Injunction (ECF 10) are **DENIED** as moot.

The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.